**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Nhan Kiem (Tony) TRAN, also known as Tony Tran, also known as Larry Tran, Defendant–Appellant.**

No. 03–20427.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 5, 2003.

James Lee Turner, Assistant US Attorney, Houston, TX, for Plaintiff–Appellee.

Nhan Kiem Tran, Federal Correctional Institution, Texarkana, TX, pro se.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

---

708

PER CURIAM.*

Nhan Kiem Tran ("Tran"), federal prisoner # 48684–079, appeals the district court's denial of his 18 U.S.C. § 3582 motion to reduce his sentence based on amendment 640 to the sentencing guidelines.

Amendment 640 to U.S.S.G. § 2D1.1(a)(3) is not listed in U.S.S.G. § 1B1.10(c). Therefore, this amendment may not be applied retroactively to reduce Tran's sentence. *See United States v. Drath,* 89 F.3d 216, 217–18 (5th Cir.1996). Tran has not shown that the court abused its discretion in denying his motion for a modification of sentence. The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

